George W. Stallman and Edward G. Snyder, Respondents, v. Rose L. Barrowclough, Appellant.—Judgment affirmed, with costs. All concurred.

Albert Siebe, Respondent, v. International Railway Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

Giuseppe Croce and Joseph Beccuti, Respondents, v. Antonio Buonomo, Appellant.— Judgment affirmed, with costs. All concurred.

Matie Herman and Another, as Administrators, etc., Appellants, v. The New York Central and Hudson River Railroad Company, Respondent.— Motion granted and appeal dismissed, with costs.

Charles Dixon, Respondent, v. Cortland Snook, Appellant. Jane Mahanna, Appellant, v. Frank Philips, Respondent. James S. Otis, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant.— The foregoing cases having been twice reached in their regular order upon the calendar, and twice passed, are dismissed under general rule 39.

Sarah H. Robbins, Respondent, v. Town of Evans, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied.

Calvin Fogelsanger, Respondent, v. Anna Gehres, Appellant.— Motion for reargument denied, with ten dollars costs.